IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03327-BNB

CARY R. BOTT,

      Plaintiff,

v.

WEEKENDS ONLY WAREHOUSE, LLC, d.b.a. WOW!,

      Defendant.

---

## ORDER DRAWING CASE

---

      After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR 8.2D.  Accordingly, it is

      ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

      DATED January 4, 2012, at Denver, Colorado.

                               BY THE COURT:

                               s/ Boyd N. Boland
                               United States Magistrate Judge